JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTON NUNNERMACKER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS CLUB, LLC, a Foreign Limited-Liability Company; DOES 1 through 10; and ROE CORPORATIONS I through X,<br><br>Defendant. | Case No.: 2:24-cv-02094-RFB-MDC |

**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING HILTON GRAND VACATIONS CLUB, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**(First Request)**

The Parties have stipulated to give Plaintiffs' an additional fourteen (14) day extension of time to file their Response to Hilton Grand Vacations Club LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 5) in this matter. The reasons supporting this stipulation are as follows: Plaintiffs' counsel has been traveling out of town conducting out of state meeting and depositions. Plaintiffs' counsel requires additional time to meet and confer with his clients in preparation for their response. Plaintiffs wish to provide the Court a complete outline of facts and issues.

The Plaintiffs request a fourteen (14) day extension of time, up to and including, December 13, 2024, for them to file their Response. In exchange, Defendants shall be given a (14) day

extension of time to file their Reply, meaning Defendants will have until January 3, 2025 to file their Reply. Defendant's reciprocal request for extension of time to file its Reply is due to scheduling conflicts of Defendant's counsel and in light of the intervening holidays. This is the first extension of time requested by the Parties related to this Motion (ECF No. 5).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including December 13, 2024, to file their Response/Opposition to Defendant's Motion for Summary Judgment (ECF No. 5). Defendant shall then have until January 3, 2025 to file their reply.[1]

DATED this 25th day of November, 2024

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Attorney for Plaintiff

DATED this 25th day of November, 2024

**LITTLER MENDELSON, P.C.**

*/s/ Andrew S. Clark, Esq.*
Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated this  13  day of December, 2024.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

---

[1] The requested extension was discussed by the parties through email and the Stipulation was agreed upon. Given Plaintiff counsel's holiday/travel schedule and access to his emails, the final stipulation was not filed before 11/29/24.