JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANTON NUNNERMACKER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS CLUB, LLC, a Foreign Limited-Liability Company; DOES 1 through 10; and ROE CORPORATIONS I through X,<br><br>Defendant. | Case No.: 2:24-cv-02094-RFB-MDC |

**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING HILTON GRAND VACATIONS CLUB, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**(Second Request)**

The Parties have stipulated to give Plaintiff an additional four (4) day extension of time to file his Response to Hilton Grand Vacations Club LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 5) in this matter. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been involved in multiple depositions and settlement conferences. Plaintiff's counsel requires additional time to meet and confer with his client in preparation for their response. Plaintiff wishes to provide the Court a complete outline of facts and issues.

The Plaintiffs request a four (4) day extension of time, up to and including, December 17, 2024, for them to file their Response. In exchange, Defendants shall be given an additional four (4)

1  day extension of time to file their Reply, meaning Defendants will have until January 7, 2025 to file
2  their Reply. Defendant's reciprocal request for extension of time to file its Reply is due to scheduling
3  conflicts of Defendant's counsel and in light of the intervening holidays. This is the Second
4  extension of time requested by the Parties related to this Motion (ECF No. 5).

5      IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have
6  up to and including December 17, 2024, to file their Response/Opposition to Defendant's Motion
7  for Summary Judgment (ECF No. 5). Defendant shall then have until January 7, 2025 to file their
8  reply.

DATED this 13th day of December, 2024        DATED this 13th day of December, 2024
**BOWEN LAW OFFICES**                         **LITTLER MENDELSON, P.C.**

*/s/ Jerome R. Bowen, Esq.*                   */s/ Andrew S. Clark, Esq.*
Jerome R. Bowen, Esq.                         Amy L. Thompson, Esq.
Nevada Bar No. 4540                           Nevada Bar No. 11907
Attorney for Plaintiff                        Andrew S. Clark, Esq.
                                              Nevada Bar No. 14854
                                              Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated this  16  day of December, 2024.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**