JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFFS*

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 Fax (702) 240-5797

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ANTON NUNNERMACKER, individually,<br><br>Plaintiff,<br>vs.<br><br>HILTON GRAND VACATIONS CLUB, LLC, a Foreign Limited-Liability Company; DOES 1 through 10; and ROE CORPORATIONS I through X,<br><br>Defendant. | **Case No.: 2:24-cv-02094-RFB-MDC** |

**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFF ANTON NUNNERMACKER'S REPLY IN SUPPORT OF MOTION FOR LIMITED RELIEF FROM FINAL ORDER UNDER FED. R. CIV. P. 60(b)(6) AND TO REOPEN CASE FOR PROSECUTION OF CLAIMS ON BEHALF OF THE CHAPTER 13 BANKRUPTCY ESTATE**
**(First Request)**

The Parties have stipulated to give Plaintiffs' an additional seven (7) day extension of time to file their Reply in Support of Motion for Limited Relief from Final Order Under Fed.R.Civ.P. 60(b)(6) and Reopen Case for Prosecution of Claims on Behalf of the Chapter 13 Bankruptcy Estate (ECF No. 22) in this matter. The reasons supporting this stipulation are as follows: Plaintiffs' counsel has been traveling out of town conducting out of state meeting and depositions. Plaintiffs' counsel requires additional time to meet and confer with his clients in preparation for their response. Plaintiffs wish to provide the Court a complete outline of facts and issues.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 Fax (702) 240-5797

The Plaintiff requests a seven (7) day extension of time, up to and including, November 10, 2026, for them to file their Response. This is the first extension of time requested by the Parties related to this Motion (ECF No. 22).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including November 10, 2026, to file their Reply in Support of Motion for Limited Relief from Final Order Under Fed.R.Civ.P. 60(b)(6) and Reopen Case for Prosecution of Claims on Behalf of the Chapter 13 Bankruptcy Estate (ECF No. 22).

DATED this 3rd day of November, 2026

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Attorney for Plaintiff

DATED this 3rd day of November, 2024

**LITTLER MENDELSON, P.C.**

*/s/ Andrew S. Clark, Esq.*
Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of November, 2026.

Hon. Maximiliano D. Couvillier, III
U.S. MAGISTRATE JUDGE